No. 26-187

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

MARKWAYNE MULLIN, *et al.*,[1]

*Appellants,*

v.

NATIONAL TPS ALLIANCE, *et al.*,

*Appellees.*

On Appeal from the United States District Court
for the Northern District of California

## JOINT STATUS REPORT
## PURSUANT TO ACMS NO. 13

On April 14, 2026, this Court granted the government's unopposed motion to stay appellate proceedings pending the Supreme Court's resolution of the certiorari petitions in *Trump v. Miot*, No. 25-1084, — S. Ct. —, 2026 WL 731087 (U.S. Mar. 16, 2026), and *Noem v. Dahlia Doe*, No. 25-1083, — S. Ct. —, 2026 WL 731088 (U.S. Mar. 16, 2026). ACMS Nos. 10, 13. On June 25 the Supreme Court issued its decision. *Mullin v. Doe*, 609 U.S. —, 2026 WL 1825840, *10 (June 25,

---

[1] Secretary Mullin is automatically substituted pursuant to Fed. R. App. P. 43(c)(2).

2026). This Court's stay order directed the parties to file a status report within twenty-one days of the Supreme Court's decision advising it of "each party's position as to whether this case should remain stayed." ACMS No. 13.

Pursuant to the Court's order, the parties jointly propose to continue the stay of this appeal (No. 26-187) while the Supreme Court considers the government's petition for a writ of certiorari in *Mullin v. National TPS Alliance*, No. 26-48 (U.S. filed July 13, 2026), which addresses this Court's decision in *National TPS Alliance v. Noem*, 166 F.4th 739 (9th Cir. 2026), *pet. for reh'g en banc denied by* 169 F.4th 796, 797 (9th Cir. 2026).

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

RUTH ANN MUELLER
*Senior Litigation Counsel*

/s/ Jeffrey M. Hartman
JEFFREY M. HARTMAN
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4404
Email: Jeffrey.M.Hartman@usdoj.gov
*Trial Attorney*

**Attorneys for Appellants-Defendants**

By: /s/ Ahilan T. Arulanantham [2]
Ahilan T. Arulanantham (SBN 237841)
arulanantham@law.ucla.edu
CENTER FOR IMMIGRATION LAW AND
POLICY, UCLA SCHOOL OF LAW
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 825-1029

Jessica Karp Bansal (SBN 277347)
jessica@ndlon.org
Lauren Michel Wilfong
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

Emilou MacLean (SBN 319071)
emaclean@aclunc.org
Michelle (Minju) Y. Cho (SBN 321939)
mcho@aclunc.org
Amanda Young (SBN 359753)
ayoung@aclunc.org
ACLU FOUNDATION
OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111-4805
Telephone: (415) 621-2493

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION
OF SOUTHERN CALIFORNIA
1313 West 8th Street

---

[2] After reviewing this pleading, Appellees' counsel authorized government counsel to affix their signature to this pleading and file it with the Court.

Los Angeles, CA 90017
Telephone: (213) 977-5236

Erik Crew
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Road, 1H
San Diego, CA 92120
Telephone: (949) 603-7411

**Attorneys for Appellees-Plaintiffs**

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d), I certify that the attached pleading: contains one-inch margins; uses double-spaced text except as otherwise permitted; is proportionally spaced using Garmond typeface; uses a typeface of 14 points; and contains 195 words, excluding any accompanying documents authorized by Rule 27(a)(2)(B). This pleading was scanned for viruses and malware by Microsoft Defender and determined to be free of malicious software.

/s/ Jeffrey M. Hartman
Jeffrey M. Hartman
*Trial Attorney*
Office of Immigration Litigation

## **CERTIFICATE OF SERVICE**

I certify that on July 15, 2026, I electronically filed this brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the ACMS system.  Appellees were served using the ACMS system.

/s/ Jeffrey M. Hartman
Jeffrey M. Hartman
*Trial Attorney*
Office of Immigration Litigation
